Si Garrett, Atty. Gen., and Robt. P. Bradley, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Henry Palmer Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jackson v. State, 68 So.2d 850.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

72 So.2d 116

**Linnie JACKSON v. STATE.**

**8 Div. 763.**

Supreme Court of Alabama.

April 15, 1954.

Bradshaw, Barnett & Haltom, E. B. Haltom, Jr., Florence, for petitioner.

Si Garrett, Atty. Gen., L. E. Barton, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Linnie Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Jackson v. State, 72 So.2d 114.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL JJ., concur.

69 So.2d 470

**Charles Daniel LEE, Jr., v. STATE.**

**2 Div. 331.**

Supreme Court of Alabama.

Nov. 5, 1953.

Rehearing Denied Jan. 21, 1954.

LeMaistre, Clement & Gewin, Tuscaloosa, for petitioner.

Si Garrett, Atty. Gen., and Arthur Joe Grant, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Charles Daniel Lee, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Lee v. State, 69 So.2d 467.

Writ denied.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.